

# THE THIRTEENTH COURT OF APPEALS

---

## 13-23-00341-CV

---

David Drew Jr.

v.

Arlette Dominguez Gallegos Belver; Fav Swimmers, LLC d/b/a Aqua Tots Swim School;
and Fav Swimmers II, LLC

---

On Appeal from the
166th District Court of Bexar County, Texas
Trial Court Cause No. 2019-CI-20964

---

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part, and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

July 24, 2025